IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN E. TEAGUE,**

**Plaintiff,**

**v.**

**SGT E. MAYO, et al.,**

**Defendants.**                                              No. 00-CV-0731-DRH

## ORDER

**HERNDON, District Judge:**

  Pending before the Court is Teague's motion in limine (Doc. 77). Specifically, Teague seeks to preclude Defendants from alluding to or presenting any evidence concerning Plaintiff's prior rape and robbery convictions. Defendants filed a response to the motion arguing that they do not intend to offer evidence of the robbery conviction, that they do not intend to offer any *details* regarding the first rape conviction, but that they do intend to offer evidence of the two rape convictions (Doc. 78). The Court agrees with Defendants. Based on the following, the Court **GRANTS in part** and **DENIES in part** Teague's motion.

  As to the details of the first rape conviction and robbery conviction, the Court **GRANTS** the motion.

  However, because the jury will necessary be advised that the Plaintiff was, during the time relevant to the Plaintiff's complaint, an inmate in Menard, the

jury will be admonished that it necessarily means that he was convicted of a felony, but that they must not consider that in reaching their verdict on the issue of whether or not the Plaintiff has met his burden of proof to prevail against the Defendants. As to the second rape conviction, Teague has put the second rape conviction in issue himself in his original complaint (Doc. 1, p. 5). He cannot abandon it through a motion in limine. Thus, the motion is **DENIED** as to the second rape conviction. Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiff's motion in limine (Doc. 77).

    **IT IS SO ORDERED.**

    Signed this 4th day of January, 2007.

    /s/    David  RHerndon
**United States District Judge**