IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN E. TEAGUE, | |
| Plaintiff, | No. 00-CV-731-DRH |
| v. | |
| EDWARD MAYO, ET AL., | Chief Judge David R. Herndon |
| Defendants. | |

**ORDER**

Before the Court is the parties' Joint Motion to Supplement the Record on Appeal. The Court has considered the facts presented and the relief requested, and has determined that due and proper notice has been given to all parties. The Court hereby orders as follows:

1. The parties' Joint Motion to Supplement the Record on Appeal is granted.

2. The transcripts of all proceedings before this Court in the above captioned case shall be included in a supplemental record on appeal.

3. The trial exhibits attached to the parties' Joint Motion to Supplement the Record on Appeal as Exhibits B and C shall also be included in the supplemental record on appeal.

4. The Clerk of Court for the Southern District of Illinois shall prepare a supplemental record containing the afore-mentioned materials, as soon as they are available, and shall certify and transmit such supplemental record to the United States Court of Appeals for the Seventh Circuit.

**IT IS SO ORDERED.**

March 3, 2008                                /s/      David R Herndon
                                             Chief Judge
                                             United States Chief Judge